# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

TALLAHASSEE MEDICAL CENTER,
INC., etc.,

      Plaintiff,

v.                         CASE NO. 4:13cv8-RH/CAS

LANGDALE COMPANY EMPLOYEE
BENEFIT PLAN et al.,

      Defendants.

_____/

## ORDER GRANTING LEAVE TO FILE A REPLY IN SUPPORT OF THE MOTION TO DISMISS

The defendants' unopposed motion, ECF No. 24, for leave to file a reply in support of their motion to dismiss is GRANTED. The deadline for filing any reply is March 14, 2013. The reply must not be more than 10 pages.

SO ORDERED on March 7, 2013.

                                  s/Robert L. Hinkle
                                  United States District Judge